# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

08cr 209 1FG

UNITED STATES OF AMERICA,　)
　　　　　　　　　　　　　　)
　　　　Plaintiff　　　　　 )    CRIMINAL NO. 08mj0072
　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　)        ORDER
　　　　vs.　　　　　　　　 )
Quircz-Cota(1) + Aguilar-Zamora(2)  RELEASING MATERIAL WITNESS
　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　)    Booking No.
　　　　Defendant(s)　　　　)
_____ )

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Alfredo Torres-Mejorado

DATED: 1/24/08

RECEIVED

2008 JAN 24 A 11:__
U.S. MARSHAL
SOUTHERN DISTRICT OF CALIFORNIA

RECEIVED _____ DUSM

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.   Clerk

by _____ Deputy Clerk