LAW OFFICES OF ALAN E. FERGUSON
Alan E. Ferguson, Esq., State Bar No. 103677
3200 Fourth Avenue, Suite 207
San Diego, CA 92103-5716
PH: 619-299-4999
FAX: 619-299-8121

Attorney for Material Witness

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

(Honorable Louisa S. Porter)

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> George Luis Quiroz-Cota, et al., <br> Defendant. | Criminal Case No. 08cr0209-IEG <br><br> NOTICE OF MOTION AND MOTION FOR VIDEOTAPE DEPOSITION AND RELEASE OF MATERIAL WITNESS: <br>**Abel Camargo-Tapia** <br><br> HRG DATE: 02/19/2008 <br> TIME: 2:00 p.m. <br> CRTRM: H, 1st Floor <br> JUDGE: Louisa S. Porter |

TO UNITED STATES ATTORNEY KAREN P. HEWITT, ASSISTANT UNITED STATES ATTORNEY DOUGLAS KEEHN; TO MARC BRUCE GELLER, ATTORNEY FOR DEFENDANT, GEORGE LUIS QUIROZ-COTA; AND TO STEVEN HUBACHEK, ATTORNEY FOR DEFENDANT, JOSE LUIS AGUILAR-ZAMORA:

PLEASE TAKE NOTICE that on February 19, 2008, at 2:00 p.m., counsel will move this Court for an order to take the video deposition of material witness, Abel Camargo-Tapia, and for his immediate release thereafter.

**MOTION**

Material witness, Abel Camargo-Tapia, through his counsel, Alan E. Ferguson, and pursuant to Federal Rules of Criminal Procedure, Rule 15, 18 U.S.C., §3144; and 18 U.S.C., §3142, hereby move this Court for an order to take his deposition by videotape and release him at the conclusion

1 | of the deposition.

2 |     This motion is based on the notice of motion, declaration of counsel, the memorandum of
3 | points and authorities attached and filed herewith, the records of the above-titled case, and all
4 | matters submitted to the court prior to the determination of this motion.

6 | Dated: February 1, 2008

7 |                                 By:    / S / *Alan E. Ferguson*
                                        ALAN E. FERGUSON
8 |                                         Attorney for the Material Witness