1  Alan E. Ferguson
   CA Bar No. 103677
2  Attorney at Law
   3200 4th Ave., Ste. 207
3  San Diego, CA 92103-5716
   Tel.: 619-299-4999

4

5  Attorney for the Material Witness

6

7                    UNITED STATES DISTRICT COURT

8                  SOUTHERN DISTRICT OF CALIFORNIA
                      (Honorable Louisa S. Porter)

9  UNITED STATES OF AMERICA,        )    Criminal Case No.    08cr0209-IEG
                                     )
10                    Plaintiff,     )    DECLARATION OF SERVICE
11        v.                         )
                                     )    Persons Served: Douglas Keehn, AUSA
12 George Luis Quiroz-Cota, et al.,  )                    Marc Bruce Geller, CJA
                                     )                    Steven Hubachek, FD
13 _____Defendant._____) Date Served:    February 1, 2008

14        I, the undersigned declare under penalty of perjury that I am over the age of eighteen years

15 and not a party to this action; that I served the above named person the following documents:

16 NOTICE OF MOTION AND MOTION FOR MATERIAL WITNESS DEPOSITION; POINTS

17 AND AUTHORITIES IN SUPPORT OF MATERIAL WITNESS VIDEOTAPED DEPOSITION;

18 AND DECLARATION OF ALAN E. FERGUSON IN SUPPORT THEREOF, in the following

19 manner:

20 1)   X   By e-filing the documents with the Southern District Court via CM/ECF.

21

22 Executed on February 1, 2008 at San Diego, California.

23

24  / S / Alan E. Ferguson_____
    ALAN E. FERGUSON
25  Attorney for the Material Witness

26

27

28