FILED
FEB 1 9 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR0209-IEG |
| Plaintiff, ) | I N F O R M A T I O N |
| v. ) | **(Superseding)** |
| GEORGE LUIS QUIROZ-COTA (1), ) JOSE LUIS AGUILAR-ZAMORA (2), ) | Title 8, U.S.C., Secs. 1324(a)(1)(A)(ii) and (v)(II) - Transportation of Illegal Aliens and Aiding and Abetting |
| Defendants. ) | |

The United States Attorney charges:

On or about January 9, 2008, within the Southern District of California, defendants GEORGE LUIS QUIROZ-COTA and JOSE LUIS AGUILAR-ZAMORA, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Abel Camargo-Tapia, had come to, entered and remained in the United States in violation of law, did transport and move, said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

DATED: February 19, 2008

KAREN P. HEWITT
United States Attorney

JOSEPH J.M. ORABONA
Assistant U.S. Attorney

JJO:San Diego
2/19/08