AO 455 (Rev. 12/03) Waiver of Indictment

# UNITED STATES DISTRICT COURT

**SOUTHERN**        **DISTRICT OF**        **CALIFORNIA**

FILED
FEB 1 9 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES OF AMERICA

V.

JOSE LUIS AGUILAR-ZAMORA

**WAIVER OF INDICTMENT**

CASE NUMBER: 09CR0209-IEG

I, __JOSE LUIS AGUILAR-ZAMORA__, the above named defendant, who is accused of

Title 8 USC §1324 (a)(1)(A)(ii) and (v)(II)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __February 19, 2008__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

X _Jose Luis Aguilar Zamora_
    *Defendant*

_____
    *Counsel for Defendant*

Before _____
                 *Judge*

K:\COMMON\CSA\forms\2005\Waiver_indi.wpd